

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00342-CV

**LONE STAR NATIONAL BANK,**
Appellant

v.

**TEXAS CERTIFIED DEVELOPMENT COMPANY, INC.,**
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2011-CVF-001535D2
Honorable Monica Z. Notzon, Judge Presiding

PER CURIAM

Sitting: Catherine Stone, Chief Justice
    Karen Angelini, Justice
    Luz Elena D. Chapa, Justice

Delivered and Filed:  November 27, 2013

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal, stating that the parties have resolved all issues in dispute between them.  The motion further requests expedited issuance of the mandate and states that appellee does not oppose the request.  We grant the motion.  *See* TEX. R. APP. P. 18.1(c), 42.1(a)(1).

Appellant's motion does not disclose an agreement of the parties regarding the assessment of costs.  Accordingly, we order all costs assessed against appellant.  *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

We dismiss the appeal and the clerk of this court is ordered to immediately issue the mandate.

PER CURIAM